56088. FONDA CORPORATION v. DEPARTMENT
OF HUMAN RESOURCES.

BANKE, Judge.

The plaintiff, a building contractor, sued the Department of Human Resources to collect for labor and materials furnished under a construction contract. The department moved to dismiss for failure to state a claim upon which relief could be granted, contending that the action was barred by the doctrine of sovereign immunity. The trial court granted the motion, and the plaintiff appeals. *Held:*

This case is controlled by this court's decision in *C.F.I. Const. Co. v. Bd. of Regents,* 145 Ga. App. 471 (243 SE2d 700) (1978), wherein it was held that, sovereign immunity notwithstanding, a contractor has the right to sue the state under the eminent domain provision of the

State Constitution (Art. I, Sec. III, Par. I of the Constitution of 1978; Code Ann. § 2-301) to collect for labor and materials which he has supplied and which the state has accepted and retained. Therefore, the complaint states a valid claim for relief and it was error to grant the motion to dismiss.

*Judgment reversed. Deen, P. J., and Smith, J., concur.*

ARGUED JUNE 28, 1978 — DECIDED
SEPTEMBER 14, 1978.

*Ronald N. Winston, Richard H. Siege,* for appellant.

*Arthur K. Bolton, Attorney General, Russell N. Sewell, Jr., Assistant Attorney General, David A. Handley, James M. Koelemay, Jr.,* for appellee.